UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SIARA SMITH,** | : | **CASE NO. 3:16-cv-1761-VAB** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **UPS GROUND FREIGHT, INC. AND** | : | |
| **STAFFMARK INVESTMENT, LLC** | : | |
| Defendants. | : | **OCTOBER 25, 2016** |

### INITIAL MOTION FOR EXTENSION OF TIME

In accordance with L. Civ. R. 7(b), Defendant Staffmark Investment LLC ("Staffmark") hereby moves for an initial thirty-day extension of time from November 1, 2016 until December 1, 2016, within which to file an answer or motion addressed to the Complaint that was removed to this court on October 25, 2016 (Doc. 1). Staffmark seeks this extension for the purpose of investigating the claims, securing the facts, formulating defenses and evaluating settlement.

The undersigned has communicated with Plaintiff's counsel who consents to the granting of this motion. No prior motion for extension of time has been filed with respect to this time limitation.

**STAFFMARK INVESTMENT, LLC**

By: /s/ Glenn A. Duhl
Glenn A. Duhl ct03644
Siegel, O'Connor,
O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Tel.: (860) 280-1215
Fax: (860) 527-5131
gduhl@siegeloconnor.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 25, 2016, a copy of the foregoing Initial Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System. I also certify a copy was served on counsel for Plaintiff, Siara Smith, Emanuel R. Cicchiello, Esq., Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114, manny@cicchielloesq.com, and counsel for co-defendant, UPS Ground Freight, Inc., Stephanie Delatorre, Esq., Polsinelli PC, 1201 West Peachtree NW, Suite 1100, Atlanta, GA 30309, sdelatorre@polsinelli.com, by email and first class mail, postage prepaid.

                                                         /s/ Glenn A. Duhl
                                                       Glenn A. Duhl ct03644