UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       |
SIARA SMITH                                            |   CIVIL ACTION NO.:
      Plaintiff                                        |
                                                       |
V.                                                     |   3:16-CV-01761-VAB
                                                       |
UPS GROUND FREIGHT, INC., ET AL.                       |
      Defendants                                       |
                                                       |   NOVEMBER 14, 2016
-------------------------------------------------------x
```

**NOTICE OF DISMISSAL –
DEFENDANT UPS GROUND FREIGHT, INC.**

Pursuant to FRCP Rule 41(a)(1)(A)(i) Plaintiff Siara Smith hereby dismisses her claims, in their entirety and with prejudice, as to Defendant UPS Ground Freight, Inc., only.

                                                    THE PLAINTIFF,
                                                    SIARA SMITH


By:  /s/ *Michael J. Reilly*
Michael J. Reilly (ct28651)
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com

2

## **ELECTRONIC CERTIFICATION OF SERVICE**

    I hereby certify that on November 14, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    By:  /s/ *Michael J. Reilly*
    Michael J. Reilly (ct28651)