**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SIARA SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>UPS GROUND FREIGHT, INC. AND STAFFMARK INVESTMENT, LLC,<br><br>        Defendants. | CIVIL ACTION<br>NO.  3:16-CV-01761 (VAB) |

## MOTION TO WITHDRAW ATTORNEY

Defendant, UPS GROUND FREIGHT, INC. ("Defendant") by and through undersigned counsel, hereby requests that Jennifer A. Corvo, Esq. be withdrawn (terminated) as an attorney of record on behalf of Defendant in this case, and requests that she be removed from the service list in this matter.  In support thereof, Defendant states as follows:

1. Jennifer A. Corvo was an associate with Murtha Cullina LLP.

2. Jennifer A. Corvo appeared as local counsel for Defendant in this matter.

3. Effective December 31, 2016, Ms. Corvo terminated her employment with Murtha Cullina LLP.

4. Murtha Cullina LLP remains counsel of record and all other attorneys therewith who have appeared in this action shall remain counsel of record on behalf of Defendant.

5. A copy of this Motion was sent to Defendant by Certified Mail on December 30, 2016.

Respectfully submitted,

/s/ Jennifer A. Corvo
Jennifer A. Corvo- ct29216
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Direct: 860-240-6055
Fax: 860-240-6150
jcorvo@murthalaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I HEREBY FURTHER CERTIFY that on December 30, 2016, I sent a copy of the foregoing by certified mail to:

Nancy Rafuse
Polsinelli
Chair, Labor & Employment Practice Group
1201 West Peachtree Street, NW
Suite 1100
Atlanta, GA 30309

    Respectfully submitted,

    /s/ Jennifer A. Corvo
    Jennifer A. Corvo

7693287v1