UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIARA SMITH<br>*Plaintiff* | CIVIL ACTION NO.: |
| V. | 3:16-CV-01761-VAB |
| STAFFMARK INVESTMENT, LLC<br>*Defendants* | |
| | DECEMBER 30, 2016 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Siara Smith, and Defendant, Staffmark Investment, LLC, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| THE PLAINTIFF,<br>SIARA SMITH | THE DEFENDANT,<br>STAFFMARK INVESTMENT, LLC |
|---|---|
| By: /s/ *Michael J. Reilly*<br>Michael J. Reilly (ct28651)<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Phone: (860) 296-3457<br>Fax: (860) 296-0676<br>Email: mreilly@cicchielloesq.com | By: /s/ *Glen A. Duhl*<br>Glen A. Duhl, Esq. (ct03644)<br>Siegel, O'Connor, O'Donnell & Beck, PC<br>150 Trumbull Street<br>Hartford, CT 06103<br>Tel: (860) 280-1215<br>Fax: (860) 527-5131<br>gduhl@siegeloconnor.com |

## CERTIFICATION OF SERVICE

I hereby certify that on December 30, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Michael J. Reilly
Michael J. Reilly (ct28651)